[Sac. No. 1868. Department Two.—July 31, 1911.]

T. E. MORRISSEY et al., Appellants, v. W. P. HAMMON, Respondent, JOHN C. GRAY, et al, Defendants.

MORTGAGE—FORECLOSURE.—Judgment and order affirmed on the authority of *Morrissey v. Gray, ante,* p. 390.

APPEAL from a judgment of the Superior Court of Butte County and from an order refusing a new trial. K. S. Mahon, Judge presiding.

The facts are similar to those stated in the opinion in *Morrissey* v. *Gray, ante,* p. 390.

W. H. Morrissey, for Appellant.

W. H. Carlin, Carleton Gray, and A. E. Boynton, for Respondent.

THE COURT.—The appellants upon this appeal are the same as those in *Morrissey et al.* v. *Gray et al.,* (Sac. No. 1825), *ante,* p. 390. The respondent upon this appeal, W. P. Hammon, holds title from defendant John C. Gray, through mesne conveyance, to a portion of the Morrissey Ranch not affected by the homestead. The questions involved upon this appeal are identical with those considered and decided in Sac. No. 1825. For the reasons therein given the judgment and order appealed from are affirmed.

Hearing in Bank denied.